# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CRANE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC., an Arkansas corporation doing business as SAM'S CLUB; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:5:25-cv-00694 FWS (SPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER WITH MODIFICATIONS**<br><br>[NOTE CHANGES MADE BY THE COURT] |

The Court, having reviewed the parties' Stipulated Protective Order (docket no. 13), and being otherwise sufficiently advised,

**IT IS ORDERED** that the parties' Stipulated Protective Order be and hereby is **GRANTED with the following modifications:**

1. Any challenges to the designation of confidential material (as discussed in paragraph 22) shall be made in compliance with Local Rule 37, including the joint stipulation requirement; and

//

//

2. Notwithstanding what is stated in paragraph 26 of the Stipulated Protective Order, the manner of sealing is governed by Local Rule 79-5.2 et seq.

**IT IS SO ORDERED.**

DATED:  October 22, 2025

_____
HON. SHERI PYM
United States Magistrate Judge